EDGERTON PARK COMPANY, INCORPORATED, v. CATHERINE AHEARN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with

ten dollars costs. [See 266 App. Div. 1002.] Present — Martin, P. J., Townley, Untermyer and Dore, JJ.